JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MELIKE DEWEY, et al., | ) | No. CV 18-9677-VBF (PLA) |
| Plaintiffs, | ) | **JUDGMENT** |
| v. | ) | |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order denying Plaintiffs' Objections and Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint in this action is dismissed without leave to amend and with prejudice and this action is dismissed with prejudice.

DATED: June 14, 2022

/s/ Valerie Baker Fairbank
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE